IN THE STATE COURT OF CHATHAM COUNTY
STATE OF GEORGIA

BOBBIE D. HARLEY,                                  )
                                                   )
    Plaintiffs,                                   )
                                                   )
vs.                                                )      CIVIL ACTION NO:STCV21-00208
                                                   )
ISAEL GONZALEZ,                                    )      _____
AGAPE XPRESS, INC., and                            )
NATIONAL TRANSPORTATION                            )
INSURANCE COMPANY RISK RETENTION )
GROUP, LLC,                                        )
                                                   )
    Defendants.                                   )

## COMPLAINT

**COMES NOW**, BOBBIE D. HARLEY, Plaintiff in the above-styled matter, and

files this Complaint for damages against Defendants Isael Gonzalez, Agape Xpress, Inc.,

National Transportation Insurance Company Risk Retention Group, LLC, showing the

Court as follows:

## I.

### PARTIES, JURISDICTION & VENUE

1.    Plaintiff is a citizen and resident of Chatham County, Georgia.

2.    Defendant Isael Gonzalez is a citizen and resident of Duval County,

Florida, and may be served with process at 9211 Fitzwalter Road, Jacksonville, FL

32208.

3.    Defendant Agape Xpress, Inc. is a Florida corporation, with is primary

business located at 9211 Fitzwalter Road, Jacksonville, Duval County, Florida, and can

*Page 1*

# EXHIBIT A

be served with process by serving its registered agent, Isael Gonzalez at 9211 Fitzwalter Road, Jacksonville, Duval County, Florida.

4.      Defendant National Transportation Insurance Company Risk Retention Group, LLC, is a North Carolina corporation, registered to do business in the State of Georgia, and may be served with process through its registered agent, W. Y. Alex Webb, 910 N. Sandhills Boulevard, Aberdeen, North Carolina 28315.

5.      On June 1, 2020, Defendant Agape Xpress, Inc., had Defendant National Transportation Insurance Company Risk Retention Group, LLC listed as its registered insurer.  Defendant National Transportation Insurance Company Risk Retention Group, LLC is registered with the Georgia Insurance Commission to issue insurance in the State of Georgia and Defendant National Transportation Insurance Company Risk Retention Group, LLC is a proper party to this action pursuant to O.C.G.A. § 46-7-12.

6.      The event that forms the basis of Plaintiffs' Complaint is a motor vehicle incident involving the parties that occurred in Chatham County, Georgia.

7.      Venue and jurisdiction are proper in this Court pursuant to the *Georgia Non-Resident Motorist Act*, O.C.G.A. §40-12-13, and the *Georgia Long-Arm Statute*, O.C.G.A. §9-10-13.

## II.

## GENERAL ALLEGATIONS

8.      On November 29, 2020, at approximately 2:53 pm, Plaintiff Bobbie D. Harley was traveling north across the Talmadge Bridge in the left lane of travel in Savannah, Chatham County, Georgia.

9.      Defendant Isael Gonzalez was also traveling north across the Talmadge Bridge in the right lane of travel.  Defendant Gonzalez was driving a tractor trailer transporting a flatbed trailer loaded with heavy steel pipes.  As Defendant Gonzalez crossed the middle of the bridge, he noticed that traffic ahead of him was stopped. Defendant Gonzalez then attempted to turn into the left lane of travel, clipping the rear right side of another vehicle driven by Dante Russo in the right lane, and then rear-ending Plaintiff in the left lane.

10.     Plaintiff's vehicle was then propelled into the rear of another vehicle driven by Bradley Miller.

11.     As a result of being rear-ended by Defendant Gonzalez's vehicle and then being propelled into the rear of another vehicle, Plaintiff sustained serious and substantial injuries, medical bills, lost wages, physical and mental pain and suffering and permanent impairment.

## III.

### CAUSES OF ACTION

### NEGLIGENCE

12.     Defendant Isael Gonzalez had a duty to exercise reasonable care while operating a commercial vehicle so as not to injure others.

13.     Defendant Isael Gonzalez breached these duties.

14.     Defendant Isael Gonzalez negligently and with total disregard for the rights and safety of Plaintiff and others traveling on said roadway.  Defendant Gonzalez had the last clear chance to avoid said collisions

15.     The negligence of Defendant Isael Gonzalez was the proximate cause of the collision and the injuries and damages sustained by Plaintiff.

## *RESPONDEAT SUPERIOR*

16.     Upon information and belief, Defendant Isael Gonzalez was an agent or employee of Defendant Agape Xpress, Inc., at the time of the collision which forms the basis of this Complaint.

17.     At the time of the collision, Isael Gonzalez was acting within the course and scope of his agency or employment with co-Defendant Agape Xpress, Inc.

18.     As Isael Gonzalez's employer or principal, Defendant Agape Xpress, Inc., is vicariously liable for the negligent acts of its agent or employee under the doctrine of *respondeat superior*.

## DIRECT ACTION

19.     Defendant National Transportation Insurance Company Risk Retention Group, LLC is authorized to do business in the state of Georgia and provide liability insurance to Defendant Agape Xpress, Inc., which is applicable in this case.

20.     Defendant National Transportation Insurance Company Risk Retention Group, LLC is a proper party to this case and is joined pursuant to O.C.G.A § 40-1-112(c) and/or O.C.G.A § 40-2-140(d)(4).

## IV.

## DAMAGES

## ATTORNEY'S FEES

21.     Defendants have acted in bad faith, have been stubbornly litigious and have caused Plaintiffs unnecessary trouble and expense and, accordingly, are liable to Plaintiffs for attorneys' fees and costs of litigation pursuant to O.C.G.A. § 13-6-11.

## INJURIES AND DAMAGES

22.     As a result of the Defendants' wrongful acts, Plaintiff Bobbie D. Harley has incurred substantial medical expenses, and has endured and will continue to endure significant physical and mental pain and suffering.

23.     Plaintiff's injuries are permanent in nature, resulting in certain physical impairments and lost wages.

24.     Plaintiff's injuries and damages were proximately caused by the negligence of the Defendants.

WHEREFORE, Plaintiff prays for the following relief:

(A)     That Summons and Process be issued and served upon Defendants;

(B)     For a trial by a jury comprised of twelve persons;

(C)     That the Plaintiff be awarded an appropriate sum to compensate for her injuries and damages;

(D)     That Plaintiff be allowed to recover attorney's fees and all costs of litigation; and

(E)     That Plaintiff recover such other and further relief as this Court deems just and proper.

*Page 5*

This ___d___ day of February, 2021.

Brent J. Savage
Georgia Bar No. 627450

SAVAGE, TURNER, PINCKNEY & SAVAGE
Post Office Box 10600
Savannah, Georgia 31412
(912) 231-1140

*Page 6*